JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MAURICIO JAVIER ESCOBAR GUERREO, <br><br> Petitioner, <br><br> v. <br><br> FERETI SEMAIA et al., <br><br> Respondents. | Case No. 5:26-cv-01624-DFM <br><br> JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting in Part and Denying in Part the Petition for Writ of Habeas Corpus filed on April 17, 2026.

Date: April 27, 2026

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge